**ORIGINAL**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2012 SEP 11 A 11:10

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO. 2:12cr164-WC |
| v. | ) | [ 16 U.S.C. § 704(b)(1); |
| | ) | 16 U.S.C. § 704(b)(2)] |
| | ) | |
| DAVID WAYNE TURNER | ) | **INFORMATION** |

The United States Attorney charges:

## COUNT 1

Between on or about August 1, 2011, and on or about September 10, 2011, in Elmore County, within the Middle District of Alabama, the defendant,

**DAVID WAYNE TURNER,**

unlawfully placed bait on and adjacent to an area for the purpose of causing and allowing a person to take and attempt to take migratory game birds, namely, Mourning Doves, by the aid of bait and on and over a baited area, as proscribed by Title 16, United States Code, Sections 703 and 707(c); and Title 50, Code of Federal Regulations, Section 20.21(i). All in violation of Title 16, United States Code, Section 704(b)(2).

## COUNT 2

On or about September 10, 2011, in Elmore County, within the Middle District of Alabama, the defendant,

**DAVID WAYNE TURNER,**

aided and abetted by others, took migratory game birds, namely, Mourning Doves, by the aid of bait and on and over a baited area when he knew and should have known that the area was a baited area, as proscribed by Title 16, United States Code, Sections 703 and 707(a); and Title 50,

Code of Federal Regulations, Section 20.21(i).  All in violation of Title 16, United States Code, Section 704(b)(1).

                      GEORGE L. BECK, JR.
                      UNITED STATES ATTORNEY

                      Gray M. Borden
                      Assistant United States Attorney